STATE of Missouri, Respondent,

v.

Susan MANNING, Appellant.

Susan MANNING, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 65651, 67995.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 16, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 20, 1996.

Application to Transfer Denied
March 26, 1996.

Ellen H. Flottman, Office of the State
Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Becky Owenson Kilpatrick, Asst. Atty. Gen.,
Jefferson City, for respondent.

Before CRAHAN, P.J., and CRANDALL
and DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals following her conviction by a jury for felony sodomy of a child less than fourteen years of age, § 566.060 RSMo Supp.1993; and two counts of felony sexual abuse involving a child less than twelve years of age, § 566.100 RSMo Supp.1993, for which she was sentenced to various concurrent and consecutive terms yielding a total of twenty-four years imprisonment. Defendant also appeals denial of her Rule 29.15 motion after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).